IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TRISCO DANARD MCFARLAND,
        Plaintiff,
    v.                               **Judgment in a Civil Case**
GREGORY L. BARNHILL,
        Defendant.             Case Number: 5:10-CT-3022-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's failure to respond to this court's order to particularize his claim.

**IT IS ORDERED AND ADJUDGED** that defendant Barnhill having been dismissed earlier in the action, this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 4, 2012, with service on:
Trisco Danard McFarland 1131398, Lumberton Correctional Center, P.O. Box 1649, Lumberton, NC 28359 (via U.S. Mail)
Peter A. Regulski (via CM/ECF Notice of Electronic Filing)

January 4, 2012                              /s/ Dennis P. Iavarone
                                                    Clerk

Raleigh, North Carolina